FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 NOV -5 PM 4: 07

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Heath R Fleshner**<br>**Elizabeth Fleshner**<br>SSN: XXX-XX-6427<br>SSN: XXX-XX-1459<br><br>Debtor(s) | Case No. 09-31012 JTM<br>Chapter 7<br> |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On November 2, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T\FleshnerNoticeofPymtSmDividends         1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 5. | Mountain West Anesthesia | PO Box 3570<br>SLC, UT 84110 | $3.89 |

3. These funds are on deposit in Bank of America, account number 4437702029.

4. A check in the amount of Three Dollars and Eighty-Nine Cents ($3.89), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** November 5th, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Heath R Fleshner & Elizabeth Fleshner
>3531 South 900 East
>Bountiful, UT 84010-3342
>
>David J. Peters
>505 South Main Street
>Bountiful, UT 84010

*/s/ Ronae Christensen*

Date: 11/03/10                             **DIVIDENDS REMITTED TO THE COURT**                        Page:

Case Number 09-31012 - Fleshner, Heath R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Mountain West Anesthesia, LLC** <br> **P.O. Box 3570** <br> **Salt Lake City UT 84110** <br>     acct # 6519 | 000005 | 79.48 | 3.89 |
| ---------- Remittance Total --------------- | | 79.48 | 3.89 |

Elizabeth R. Loveridge, Trustee

COURT1                                                                       Printed: 11/03/10 12:22 PM    Ver: 16.00a